AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Central District of Illinois

| | |
|---|---|
| United States of America<br>v.<br><br>ROBERT TRADER<br><br>*Defendant(s)* | )<br>)<br>) Case No.<br>)   20-MJ- 3070<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __March 13, 2020 & March 19, 2020__ in the county of __Sangamon__ in the __Central__ District of __Illinois__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 18, United States Code, Section 1951(a) | Interference with Commerce by Robbery |
| Title 18, United States Code, Section 751(a) | Prisoners in Custody of Institution or Officer |

This criminal complaint is based on these facts:

See attached Affidavit.

☑ Continued on the attached sheet.

s/ Zachary Robson
*Complainant's signature*

Zack Robson, Deputy US Marshal
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 06/08/2020

s/ Tom Schanzle-Haskins
*Judge's signature*

City and state: Springfield, Illinois

Tom Schanzle-Haskins, U.S. Magistrate Judge
*Printed name and title*

## AFFIDAVIT

I, Zachary Robson, the undersigned affiant, being duly sworn upon oath, depose and state as follows:

1. I am a Deputy U.S. Marshal with the U.S. Marshal Service, assigned to the Central District of Illinois Springfield Office. I have been employed as a Deputy U.S. Marshal since April 22, 2010. I have received training at the Federal Law Enforcement Training Center in Glynco, GA. Prior to becoming a Deputy U.S. Marshal, I earned a Bachelor of Science degree with a major in Criminal Justice, from Southern Illinois University of Edwardsville.

2. As a Deputy U.S. Marshal, I am assigned fugitive cases regarding federal, state, and local warrants.

3. This Affidavit is made in support of a criminal complaint charging Robert L. Trader (DOB: 10/29/1977), with the offense of Escape, in violation of Title 18, United States Code, Section 751, and the offense of Interference with Commerce by Robbery, in violation of Title 18, United States Code, Section 1951(a). A warrant for the arrest of the defendant is requested.

4. The information contained in this affidavit is based upon my personal knowledge of this investigation, and upon information provided by other law enforcement personnel. This affidavit does not contain all the facts

know to law enforcement, only those believed to be necessary to establish probable cause.

## Escape

5.    On May 19, 2005, Robert L. Trader was sentenced to 150 months with 5 years supervision to follow his release for two counts of Armed Bank Robbery.

6.    On February 5, 2020, Robert L. Trader was transferred from United States Penitentiary (USP) Victorville to the Family Guidance Center Residential Reentry Center located at 120 N. 11th St., Springfield, IL 62703. The Family Guidance Center is a contracted Federal Bureau of Prisons (BOP) facility that helps people adjust to life outside of prison. Therefore, when Robert L. Trader was placed in the Family Guidance Center, this placement remained part of Trader's BOP custodial sentence under BOP.

7.    On March 19, 2020, staff at the Family Guidance Center were conducting a routine accountability check when it was discovered inmate Robert L. Trader was missing. Staff reviewed video footage and inmate Robert L. Trader was observed leaving the facility, unauthorized by any staff, at approximately 4:07 P.M. Inmate Robert L. Trader failed to return or make contact with the Family Guidance Center.

8. On March 20, 2020, the Central District of Illinois U.S. Marshal Service Springfield Office received an escape Notification from the Federal Bureau of Prisons for Robert L. Trader.

9. On April 13, 2020, Central District of Illinois U.S. Marshal Service Springfield and Peoria Offices were able to locate and arrest Robert L. Trader in Peoria, IL. Robert L. Trader had not made contact or returned to the Family Guidance Center in Springfield since March 19, 2020. Robert L. Trader was placed back into BOP custody to finish his sentence.

### Interference with Commerce by Robbery

10. The following information was provided by Detective John Larson of the Springfield Police Department and other officers within the Springfield Police Department. Detective Larson is with the Springfield Police Department Criminal Investigations Division in Springfield, IL. He previously served as a Patrol Officer with the Springfield Police Department. He is responsible for investigating a wide range of criminal acts including, but not limited to, armed robberies, burglary, theft, and other related criminal offenses.

11. On March 13th, 2020, at about 10:04 a.m. CST, Springfield Police Department officers responded to 1425 E. Cook St, for a Robbery. A Family Dollar Store is located at 1425 E. Cook, Springfield, Illinois. It is a

retail establishment that sells merchandise manufactured in multiple locations outside of Illinois.

12. Upon arrival, officers spoke with Family Dollar Employee Patricia Heidenreich. Ms. Heidenreich was working at a register near the front of the store. She said a white male, approached her and placed a note on the counter. The note read, "Give me all the money NOW! Say one word and you die." The cash drawer was still open from the previous transaction. The suspect reached over the counter and was able to remove what was later determined to be $80.00 in miscellaneous U.S. currency. Ms. Heidenriech yelled for help, and closed the drawer. The suspect punched her in the left side of the face. He fled the business and was last seen running west bound from the store on Cook St. Officers located a gray hooded sweatshirt in the alley just north of the store. The sweatshirt matched the clothing the suspect was wearing. During the initial investigation, the business was shut down until officers could finish gathering evidence and speaking with witnesses.

13. Detectives reviewed video surveillance footage of the incident. It was determined the suspect was not wearing a mask to conceal his face. The surveillance cameras were able to capture several clear images of the suspect's face, as well as a "sleeve style" tattoo on his right wrist. The suspect also had a "goatee" style beard and mustache.

14. Springfield Police Department officers made contact with a white male, matching the description of the suspect, at 9th St. and Jackson St, in Springfield, at 2:20 p.m. on March 13, 2020. The subject identified himself as Robert Trader. At the time, officers did not have enough information to take Trader into custody and a subsequent review of Body Camera footage after the interaction showed Trader wearing a long sleeve shirt concealing any tattoos from view. Trader did not have a mustache when officers made contact with him. It should be noted, over four hours had passed since the initial incident, allowing Trader enough time to shave. Trader advised officers he was on federal parole and staying at the Family Guidance Center (120 N. 11th St. Springfield, IL). This location is less than a mile from the Family Dollar.

15. The Springfield Police Department posted a still image of the suspects face on the Sangamon & Menard Crime Stoppers website. The photo was also posted on the Springfield Police Department's Facebook page, which can be viewed by the public. A brief description of the incident was also noted on both.

16. Family Guidance Center Program Manager, Maria Crawford, contacted the Springfield Police Department regarding the social media post. Ms. Crawford identified the subject in the photo as Robert Trader, who was

a resident at the Family Guidance Center at the time of the Robbery. Ms. Crawford said Trader had left the facility without permission a few days after the incident occurred, and that his location was unknown.

17. Ms. Crawford also provided a Sign In/Out form documenting when BOP residents left and returned to the facility. Trader was "signed out" of the center between 8:57 and 11:57 a.m., during the time of the incident. He indicated he left for a "job search." Trader then "signed out" again between 12:56 to 3:56 p.m. Crawford also provided a photo of Trader, which matched the likeness of the image captured by video surveillance footage of the robbery suspect at Family Dollar. In the photo Trader possessed a mustache and goatee.

18. Detectives located what appeared to be Robert Trader's Facebook page: https://www.facebook.com/robert.trader.5876. The photo on the page matched the resemblance of the suspect captured by video surveillance footage from the robbery at Family Dollar. A photo labeled February 14th, showed Trader with a "goatee type beard and mustache."

19. On April 14, 2020, Springfield Police Department Detective Larson spoke with a female on the telephone, who identified herself as Margaret Mullen. Ms. Mullen stated she is Trader's mother. She further elaborated that Trader's ex-girlfriend had sent her the Crime Stopper's photo

on her phone. She said the Crime Stopper Photo was from Springfield, Illinois. He had robbed a store and punched the clerk in the face. Ms. Mullen last saw Robert "at a halfway house in Springfield, four weeks ago." She could not remember the exact date, but thought it was on a Sunday. Ms. Mullen spoke with Trader on the phone four days prior to our interview. She asked him about the incident, and he denied robbing the store. Ms. Mullen told him she recognized his face and there was no way he could deny it. He did not say anything further.

20. Ms. Mullen later sent Detectives the web link where she viewed the photograph. The link was for WANDTV.com website. The webpage showed a still photo, of the suspect, from the video surveillance footage from Family Dollar.

21. Upon being taken into custody for the above escape violation, this Deputy noted that Trader has tattoos extending down his right arm.

22. Based on the foregoing information, I respectfully submit that there is probable cause to believe that Robert L. Trader has violated Section 751, of Title 18, United States Code, Escape and Section 1951(a), of Title 18, United States Code, Interference with Commerce by Robbery. These violations occurred in Sangamon County, Illinois within the Central District of Illinois.

s/ Zachary Robson

_____
Zachary Robson, Deputy United States Marshal
United States Marshal Service

Subscribed and sworn to me by telephone this 8th day of June, 2020.

s/ Tom Schanzle-Haskins

_____
THOMAS SCHANZLE-HASKINS
UNITED STATES MAGISTRATE JUDGE